# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | No. 3:20-CR-40 |
| **RODRICK TAYLOR** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Rodrick Taylor pursuant to Federal Rule of Criminal Procedure 48(a). In its Motion, the Government represents Defendant was subsequently indicted and entered a guilty plea in Case Number 3:20-CR-64-CAR, which incorporated Defendant's criminal activity previously charged in 3:20-CR-40-CAR.

After careful consideration, the Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 107] and hereby **ORDERS** the pending Indictment in Case No. 3:20-CR-40 against Defendant Rodrick Taylor to be **DISMISSED**.

**SO ORDERED,** this 3rd day of October, 2022.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT